Matter of Sexton v Lee (2023 NY Slip Op 06703)

Matter of Sexton v Lee

2023 NY Slip Op 06703

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, GREENWOOD, AND NOWAK, JJ.

1061 CAF 22-01283

[*1]IN THE MATTER OF BRANDI SEXTON, PETITIONER-RESPONDENT,
v
JOSHUA LEE, RESPONDENT-APPELLANT.
IN THE MATTER OF JOSHUA LEE, PETITIONER-APPELLANT,
v
BRANDI SEXTON, RESPONDENT-RESPONDENT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JAMES A. HOBBS OF COUNSEL), FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT.
MARK D. FUNK, CONFLICT DEFENDER, ROCHESTER (CAROLYN WALTHER OF COUNSEL), FOR PETITIONER-RESPONDENT AND RESPONDENT-RESPONDENT.
NATASHA D. BURDICK, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered July 25, 2022, in proceedings pursuant to Family Court Act article 6. The order, inter alia, awarded primary physical custody of the subject child to petitioner-respondent. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court